IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BORADCAST MUSIC, INC., *et al.*,   )<br>   )<br>   Plaintiffs,   )<br>   )<br>v.   )<br>   )<br>MCBRIDE ENTERTAINMENT, LLC,   )<br>d/b/a THE BUCK WILD SALOON, *et al.*,   )<br>   )<br>   Defendants.   ) | CASE NO. 3:19-cv-26-SRW |

## **ORDER**

This matter is before the court on plaintiffs' notice of dismissal (Doc. 6) without prejudice, which is filed pursuant to Federal Rule of Civil Procedure 41(a)(1). Upon consideration of the same, it is hereby

ORDERED that the Clerk of Court is DIRECTED to close this case. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

Done, on this the 5th day of March, 2019.

/s/ Susan Russ Walker
Susan Russ Walker
United States Magistrate Judge